**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | | |
| D'ANDRE L. LEWIS | * | Case No.: 22-12214 |
|     Debtor | | |
| | * | Chapter 13 |
| STATE OF MARYLAND | * | |
| CENTRAL COLLECTION UNIT | | |
|     Plaintiff, | * | |
| v. | * | Adv. Pro. No.: 22-00098 |
| D'ANDRE L. LEWIS | * | |
|     Defendant | | |

\*   \*   \*   \*   \*

**<u>NOTICE</u>**

**Your rights may be affected. You should read these papers carefully and may wish to discuss them with an attorney.**

A motion for default judgment is a request for judgment on one or more of the claims contained in the complaint filed in this case. Motions for default judgment are governed by Rule 55 of the Federal Rules of Civil Procedure. Because you have failed to file an answer or other pleading in this case, the Court may enter judgment against you without trial.

If you want to oppose the motion for default judgment, you must file with the court and serve on the other party a written response opposing the motion and stating the reasons for your opposition. Your opposition must be filed and served within fourteen (14) days after the service date of the motion, plus three (3) additional days if the motion was served on you by mail, unless otherwise ordered by the presiding judge. If you file a written response, a hearing may be held at a location and time set forth in a notice from

the Clerk of Court.

**If you fail to file a timely written response to the motion, the court may assume you do not oppose the motion and may grant the motion, in whole or in part, with or without holding a hearing.** This will result in the termination of the proceeding, or some part of the proceeding, in favor of the moving party, and the entry of a judgment against you.

        BRIAN E. FROSH
        ATTORNEY GENERAL OF MARYLAND

Dated:  July 6, 2022
        */s/ Michael D. Watts*
        Michael D. Watts, #21284
        Staff Attorney
        Office of the Attorney General
        Department of Budget & Management
        300 W. Preston St., Rm 407
        Baltimore, MD 21201
        410-767-1234 (tel) 410-333-5887 (fax)
        michael.watts2@maryland.gov
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2022, a copy of the foregoing Request for Default was mailed, by first class mail, postage prepaid, to:

| | |
|---|---|
| D'Andre L. Lewis | Jeffrey M. Sirody |
| 2011 Wintergreen Place | 1777 Reisterstown Rd., Ste. 360 E |
| Rosedale, MD 21237 | Baltimore, MD 21208 |

        */s/ Michael D. Watts*
        Michael D. Watts
        Staff Attorney