**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | | |
| D'ANDRE L. LEWIS         * | Case No.: 22-12214 | |
| Debtor | | |
| * | Chapter 13 | |
| STATE OF MARYLAND         * | | |
| CENTRAL COLLECTION UNIT | | |
| Plaintiff,         * | | |
| v.         * | Adv. Pro. No.: 22-00098 | |
| D'ANDRE L. LEWIS         * | | |
| Defendant | | |
| *    *    *    *    * | | |

**ORDER ON NONDISCHARGEABILITY**

Upon consideration of Plaintiff's Motion for Entry of Default Judgment, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Defendant is in default; and it is further

ORDERED, that the debt owed by D'Andre Lewis in the amount of Eight Thousand, Three Hundred Three Dollars and Ninety-Three Cents ($8,303.93), plus the combined cost of this action and the previously-dismissed adversary proceeding #22-00033, Seven Hundred Dollars ($700.00); plus post-judgment interest at the federal rate, in favor of the State of

Maryland Central Collection is determined to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

cc:

D'Andre L. Lewis
2011 Wintergreen Place
Rosedale, MD 21237

Jeffrey M. Sirody
1777 Reisterstown Rd., Ste. 360 E
Baltimore, MD 21208

Michael D. Watts, Esquire
Staff Attorney
State of Maryland Central Collection Unit
300 W. Preston St., Rm 407
Baltimore, MD 21201

**END OF ORDER**