Entered: July 28th, 2022
SO ORDERED
Date signed July 28, 2022
REGISTRY OF JUDGMENTS



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| IN RE: | | |
| D'ANDRE L. LEWIS | * | Case No.: 22-12214 |
| Debtor | | |
| | * | Chapter 13 |
| STATE OF MARYLAND | * | |
| CENTRAL COLLECTION UNIT | | |
| Plaintiff, | * | |
| v. | * | Adv. Pro. No.: 22-00098 |
| D'ANDRE L. LEWIS | * | |
| Defendant | | |

\* \* \* \* \*

### JUDGMENT

In accordance with that Order entered contemporaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that judgment is granted in favor of State of Maryland Central Collection Unit against D'Andre Lewis in the amount of Eight Thousand, Three Hundred Three Dollars and Ninety-Three Cents ($8,303.93), plus the combined cost of this action and the previously-dismissed adversary proceeding #22-00033, Seven Hundred Dollars ($700.00); plus post-judgment interest at the federal rate.

cc:

D'Andre L. Lewis
2011 Wintergreen Place
Rosedale, MD 21237

Jeffrey M. Sirody
1777 Reisterstown Rd., Ste. 360 E
Baltimore, MD 21208

Michael D. Watts, Esquire
Staff Attorney
State of Maryland Central Collection Unit
300 W. Preston St., Rm 407
Baltimore, MD 21201

**END OF ORDER**